NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**GEORGETOWN RAIL EQUIPMENT COMPANY,**
*Plaintiff-Appellee*

**v.**

**HOLLAND L.P.,**
*Defendant-Appellant*

_____

2016-2297

_____

Appeal from the United States District Court for the Eastern District of Texas in No. 6:13-cv-00366-RWS, Judge Robert Schroeder III.

_____

## ORDER TO SHOW CAUSE

_____

Before REYNA, SCHALL, and WALLACH, *Circuit Judges.*

PER CURIAM.

Because the record in this case contains extensive material marked as confidential, the court has issued its opinion dated August 1, 2017 under seal. The court does not believe, however, that the opinion contains confidential material.

The parties are hereby ordered to show cause, by means of a single joint response coordinated among the parties, why the opinion should not be unsealed. The response to this order must specify which words, if any, are proposed to be redacted, and must specifically state the cause for each such requested redaction. If the parties propose redactions, the response to this order must also propose specific words to replace each of the proposed redactions in an unsealed opinion. The joint response shall be filed no later than August 15, 2017.

FOR THE COURT

    August 1, 2017    
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court